### PROMISSORY NOTE

**DATE OF NOTE**:                       August _____, 2021

**AMOUNT OF NOTE**:              **$250,000.00**

**INTEREST RATE**:                    Interest Rate shall be fixed at a rate equal to 0% per annum.

**TIME OF PAYMENT**:             All outstanding principal shall be due on the Maturity Date.

**FIRST INSTALLMENT**          N/A
**PAYMENT DATE**:

**MATURITY DATE**:                 August _____, 2023.  The Maturity Date of this Note shall be extended to August _____, 2026 provided the Maker of this Note has obtained a permit to operate and is operating a school in the property encumbered by the Mortgage (as defined below) securing this Note

**AMOUNT OF MONTHLY**
**PAYMENT:**                              N/A

**PREPAYMENT PENALTY**:      None

**SECURITY FOR NOTE**:          Payment of this Note is secured by, ***inter alia***, that certain Mortgage, Assignment of Rents and Security Agreement, from the Borrower to Lender dated the date hereof, (as modified, the "Mortgage"), creating a security interest in certain collateral described therein.

**FOR VALUE RECEIVED**, the undersigned and if more than one, jointly and severally, **Bais Yisrael Community Center of Tampa Bay, LLC,** whose address is c/o BNOS TAMPA BAY  16308 Little Garden Drive, Wimauma, Florida  33598 (the "Borrower"), hereby covenant and promise to pay to the order of **Allan I. Jacob and Sandra Jacob,** husband and wife, having an address of 536 West 47th Street, Miami Beach, FL 33140 , their successors and assigns, the Amount of Note or so much thereof as shall be advanced pursuant to the terms hereof and the Mortgage, at these above address of the Lender or such other place that Lender may designate in writing to Borrower from time to time, in lawful money of the United States of America at the Time of Payment, together with interest, at the Interest Rate, on the terms set forth herein.  **TIME IS OF THE ESSENCE OF THIS NOTE.**

This Note is subject to all of the agreements, conditions, covenants, provisions and stipulations contained in the Mortgage, and the other loan documents, if any, executed in connection therewith and herewith (together with the Mortgage, collectively, the "Loan Documents"), and Borrower covenants and agrees to keep and perform them, or cause them to be kept and performed, strictly in accordance with their terms.  Any default by Borrower under any of the Loan Documents may, at Lender's option, be treated as an event of default hereunder.

It is further understood, however, that should any default be made in the payment of any installment of principal on the date on which it shall fall due, or in the performance of any of the agreements, conditions, covenants, provisions or stipulations contained in this Note or any of the other Loan Documents, then Lender, at its option and without notice to Borrower unless expressly required elsewhere herein, may declare immediately due and payable the entire unpaid balance and all other sums due by Borrower hereunder or under the Loan Documents, anything herein or in the Loan Documents to the contrary notwithstanding; and payment thereof may be enforced and recovered in whole or in part at any time by one or more of the remedies provided to Lender in this Note, the Mortgage or the other Loan Documents. In such case, Lender may also recover all costs of suit and other expenses in connection therewith, together with a reasonable attorney's fee for collection,

1

The failure of the Lender to exercise such option to accelerate the indebtedness evidenced hereby shall not constitute a waiver of the right to exercise such option at any other time as to any future or further default.

The remedies of Lender as provided herein, or in the other Loan Documents, and the warrants contained herein or attached hereto or contained in the other Loan Documents, shall be cumulative and concurrent, and may be pursued singly, successively or together at the sole discretion of Lender, and may be exercised as often as occasion therefor shall occur; and the failure to exercise any such right or remedy shall in no event be construed as a waiver or release thereof.

Borrower agrees that any real estate that may be levied upon pursuant to a judgment obtained by virtue hereof, on any writ of execution issued thereon, may be sold upon any such writ in whole or in part in any order desired by Lender.

Borrower and all endorsers and sureties waive presentment for payment, demand, notice of demand, notice of nonpayment or dishonor, protest and notice of protest of this Note, and all other notices in connection with the delivery, acceptance, performance, default, or enforcement of the payment of this Note, and they agree that the liability of each of them shall be unconditional, joint and several, without regard to the liability of any other party, and shall not be affected in any manner by any indulgence, extension of time, renewal, waiver or modification granted or consented to by Lender. Borrower and all endorsers and sureties consent to any and all extensions of time, renewals, waivers or modifications that may be granted by Lender with respect to the payment or other provisions of this Note, and to the release of the collateral or any part thereof, with or without substitution, and agree that additional makers, endorsers, or sureties may become parties hereto without notice to them of affecting their liability hereunder.

If any provision of this Note is held to be invalid or unenforceable by a court of competent jurisdiction, the other provisions of this Note shall remain in full force and effect and shall be liberally construed in favor of Lender in order to effect the provisions of this Note. In addition, in no event shall the rate of interest payable hereunder exceed the maximum rate of interest permitted to be charged by applicable law (including the choice of law rules) (hereinafter the "Maximum Legal Rate") and any interest paid in excess of the permitted rate shall be refunded to Borrower. Such refund shall be made by application of the excessive amount of interest paid against any sums outstanding and shall be applied in such order as Lender may determine. If the excessive amount of interest paid exceeds the sums outstanding, the portion exceeding the said sums outstanding shall be refunded in cash by Lender. Any such crediting or refund shall not cure or waive any default by Borrower hereunder. Borrower agrees, however, that in determining whether or not any interest payable under this Note exceeds the highest rate permitted by law, any non-principal payment, including, without limitation, prepayment fees and late charges, shall be deemed to the extent permitted by law, to be an expense, fee, premium or penalty rather than as interest.

In determining whether or not the interest paid or payable under any specific contingency exceeds the Maximum Legal Rate, Lender shall, to the maximum extent permitted under applicable law: (a) exclude voluntary prepayments and the effects thereof; and (b) amortize, prorate, allocate and spread, in equal parts, the total amount of interest throughout the entire contemplated term of this Note so that the interest rate is uniform throughout the entire term of this Note; provided, that if this Note is paid and performed in full prior to the end of the full contemplated term hereof, and if the interest received for the actual period of existence thereof exceeds the Maximum Legal Rate, Lender shall refund to Borrower the amount of such excess, and in such event, no holder shall be subject to any penalties provided by any laws for contracting for, charging or receiving interest in excess of the Maximum Legal Rate.

Lender shall not be deemed, by any act of omission or commission, to have waived any of its rights or remedies hereunder unless such waiver is in writing and signed by Lender, and then only to the extent specifically set forth in the writing. A waiver on one event shall not be construed as continuing or as a bar to or waiver of any right or remedy to a subsequent event.

This instrument shall be governed by and construed according to the laws of the State of Florida. Borrower consents to the exclusive jurisdiction of the courts of the State of Florida, Hillsborough County, or the United States District Court for the Middle District of Florida, Tampa Division, in any and all actions and proceedings, whether arising hereunder or under any of the Loan Documents.

2

Whenever used, the singular number shall include the plural, the plural the singular, the use of any gender shall be applicable to all genders, and the words "Lender" and "Borrower" shall be deemed to include the respective heirs, personal representatives, successors and assigns of Lender and Borrower.

This Note may not be amended or modified, nor shall any waiver of any provision hereof be effective, except by an instrument in writing executed by Borrower and Lender.

Borrower irrevocably and unconditionally (a) agrees that any suit, action, or other legal proceeding arising out of or relating to this Note may be brought, at the option of the Lender, in a court of record, of competent jurisdiction in the State of Florida in Hillsborough County; (b) consents to the jurisdiction of each such court in any such suit, action, or proceeding; (c) waives any objection which it may have to the laying of venue of any such suit, action, or proceeding in any of such courts; and (d) agrees that service of any court paper may be effected on Borrower by mail, addressed and mailed as provided herein or in such other manner as may be provided under applicable laws or court rules in said State.

**Bais Yisrael Community Center of Tampa Bay, LLC,**
a Florida limited liability company

By: _____
     **Yisrael Taussig, Manager. for Bais Yisrael Community Center of Tampa Bay, LLC**

By: _____
     **Malka Singer Taussig, Manager, for Bais Yisrael Community Center of Tampa Bay, LLC**

**Guarantors:**

_____
**Yisrael Taussig**

_____
**Malka Singer Taussig**

Applicable Stamps/Taxes have been paid upon the recording of the Mortgage securing this Note.

3