Case 8:25-cv-01118-KKM-AAS   Document 1-4   Filed 05/01/25   Page 1 of 2 PageID 46

APN: U-08-32-20-B3K-000017-00012.0

Recordation Requested By/Return to:
NETCO
3109 KENAI DRIVE, SUITE 105
CEDAR PARK, TX 78613
File No. NFL-1396679

Send Tax Notices to:
ARLG LLC
533 WOODBINE LANE
LAKEWOOD, NJ 33598

This Instrument Prepared By:
CAROL ZIMMERLY, ESQ.
o/b/o BC LAW FIRM, P.A.
3501 WEST VINE STREET #512
KISSIMMEE, FL 34741

## QUITCLAIM DEED

THIS QUITCLAIM DEED executed this _14_ day of _March_, 20_24_, by 46 LITTLE GARDEN, LLC, A FLORIDA LIMITED LIABILITY COMPANY, party of the first part ("Grantor"), whose mailing address is **533 WOODBINE LANE, LAKEWOOD, NJ 33598**, and **ARLG LLC**, party of the second part ("Grantee"), whose mailing address is **533 WOODBINE LANE, LAKEWOOD, NJ 33598.**

WITNESSETH: That the said party of the first part, for and in consideration of the sum of One and No/100ths Dollars, and other valuable consideration, in hand paid by the said party of the second part, the receipt whereof is hereby acknowledged, does hereby remise, release and quit-claim unto the said party of the second part forever, all the right, title, interest, claim and demand which the said party of the first part has in and to the following described land in **HILLSBOROUGH** County, Florida, to-wit:

Lot 12, Block 17, DG FARMS, PHASE 6A, a subdivision according to the plat thereof, recorded in Plat Book 132, Pages 284 through 288, of the Public Records of Hillsborough County, Florida.

This instrument was prepared without the benefit of a title examination.

TO HAVE AND TO HOLD the above-described premises, with the appurtenances thereunto belonging or in anywise appertaining, and all the estate, right, title, interest, lien, equity and claim whatsoever of the said first party, either in law or equity, to the proper use, benefit and on behalf of the said party of the second part and assigns forever.

IN WITNESS WHEREOF, the said parties of the part have set their hands on this _14_ day of
_March_ , 20 _04_ .

46 LITTLE GARDEN, LLC

By: _____

Name: _Ruchama Taussig_

Title: _Member_

SIGNED IN THE PRESENCE OF THE FOLLOWING WITNESSES:

_Sharon M Smiley_                          _Sharon M Smiley_
Printed Witness Name                       Witness Signature

Mailing Address (required): _3011 Grant St Wall NJ 07719_

_COOPER DAVIS_                             _____
Printed Witness Name                       Witness Signature

Mailing Address (required): _212 N 2nd St. Lakewood NJ 33598_
STATE OF ~~FLORIDA~~ New Jeersey
COUNTY OF _Ocean_                    SS.

The foregoing instrument was acknowledged before me by means of ☒ physical presence or ☐ online
notarization, this _14_ day of _March_ 20 _04_
by _Rushama Taussig_ _____ (name of
signer) of 46 LITTLE GARDEN, LLC, (select; a corporation/a limited liability company/an
association/a partnership).
(Seal)

SHARON M. SMILEY
NOTARY PUBLIC OF NEW JERSEY
Commission # 50146877
My Commission Expires 12/29/2025

_Sharon M Smiley_
Notary Public _Sharon M Smiley_
Printed Name: _Sharon M Smiley_
My Commission Expires: _12-29-25_
Commission # _50146877_

Personally Known: _____
OR Produced Identification: _X_
Type of Identification Produced: _NJ Drivers License_