

Department of State  /  Division of Corporations  /  Search Records  /  Search by Entity Name  /

## Detail by Entity Name

Florida Limited Liability Company
46 LITTLE GARDEN LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L21000519231 |
| **FEI/EIN Number** | APPLIED FOR |
| **Date Filed** | 12/08/2021 |
| **State** | FL |
| **Status** | INACTIVE |
| **Last Event** | ADMIN DISSOLUTION FOR ANNUAL REPORT |
| **Event Date Filed** | 09/22/2023 |
| **Event Effective Date** | NONE |

**Principal Address**

1501 LA JOLLA AVENUE
SUN CITY CENTER, FL 33573

**Mailing Address**

1501 LA JOLLA AVENUE
SUN CITY CENTER, FL 33573

**Registered Agent Name & Address**

THE LAW OFFICE OF LEIGHTON J. HYDE
10845 BOYETTE ROAD
RIVERVIEW, FL 33569

**Authorized Person(s) Detail**

**Name & Address**

Title MGR

SINGER, MALKA R
1501 LA JOLLA AVENUE
SUN CITY CENTER, FL 33573

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2022 | 07/14/2022 |

Case 8:25-cv-01118-KKM-AAS    Document 1-5    Filed 05/01/25    Page 2 of 2 PageID 49

**Document Images**

| | |
|---|---|
| 07/14/2022 -- ANNUAL REPORT | View image in PDF format |
| 12/08/2021 -- Florida Limited Liability | View image in PDF format |

Florida Department of State, Division of Corporations