```
Prepared by and return to:
Bankers Title
Lynn Hoffstetter
509 South Martin Luther King Jr. Ave., Suite A
Clearwater, Florida 33756
File Number:  04240085
Parcel ID Number: 078011-6806
Consideration:  $375,000.00
```

# **WARRANTY DEED**

THIS INDENTURE made this ˅th day of May, 2024 BETWEEN ARLG LLC, a New Jersey limited liability company, Grantor, and HERMAN AND SONS LLC, a New York lmited liability company Grantee, whose address is: Post Office Box 584, Harriman, NY 10926

WITNESSETH, That said Grantor, for and in consideration of the sum of Ten and No/100 Dollars and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in Hillsborough County, Florida, to wit:

Lot 12, Block 17, DG Farms Phase 6A, according to the map or plat thereof, as recorded in Plat Book 132, Page(s) 284 through 288, inclusive, of the Public Records of Hillsborough County, Florida.

SUBJECT TO taxes for the year 2024 and subsequent years.
SUBJECT TO easements, restrictions and reservations of record.
And the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever.

IN WITNESS WHEREOF, Grantor has hereunto set Grantors hand and seal the day and year first above written.

Signed, sealed & delivered
in the presence of:

_____ Witness
Signature

Print name  Marka Singer

_____
Address Line 1  78 Audubon Avenue

_____
Address Line 2  Lakewood, NJ 08701

ARLG, LLC.

By: _____ Seller
RUCHAMA TAUSSIG, Member
Address: 503 Woodbine Ln
Lakewood NJ 08701

DG

_____        _____
Signature                                                              Witness

David Gross
_____
Print Name

529 Woodbine Lane
_____
Address Line 1

Lakewood NJ 08701
_____
Address Line 2

STATE OF New Jersey / COUNTY OF Ocean

The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization, this ___8th___ day of May, 2024 before me, an officer duly qualified to take acknowledgements, appeared  Ruchama taussig, Member of ARLG LLC, who is/are personally known by me; or who has/have produced identification attesting to His/Her/Their identity: ___Ruchama Taussig___; who executed the foregoing instrument and acknowledged before me the execution of the same.

    WITNESS my hand and official seal in the County and State last aforesaid this __8th__ Day of May, 2024.

_____
Notary Public - Signature
Name: ___Malka R Singer___

My commission expires:

Jan 19, 2029

MALKA R SINGER
Notary Public, State of New Jersey
Commission # 50217874
My Commission Expires Jan 19, 2029