| A. | U. S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT | B.  TYPE  OF  LOAN |
|---|---|---|

**SETTLEMENT STATEMENT**

**Bankers Title**
509 South Martin Luther King Jr. Ave.
Suite A
Clearwater, Florida 33756
727-442-3300  fax: 727-465-9593

| 1. ☐ FHA | 2. ☐ FMHA | 3. ☐ CONV. UNINS. |
|---|---|---|
| 4. ☐ VA | 5. ☐ CONV. INS. | |

6. File Number:
04240085

7. Loan Number:

8. Mortgage Ins. Case No.:

C. NOTE: *This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked (poc) were paid outside the closing. They are shown here for informational purposes and are not included in the totals.*

| D. Buyer: | HERMAN AND SONS LLC |
|---|---|
| E. Seller: | ARLG LLC |
| F. Lender: | |
| G. Property: | 16446 Little Garden Dr<br>Wimauma, Hillsborough County, Florida 33598<br>Lot 12, Block 17, DG FARMS PHASE 6A |
| H. Settlement Agent: | Bankers Title |
| Place of Settlement: | 509 South Martin Luther King Jr. Ave., Suite A, Clearwater, Florida 33756  Pinellas County |
| I. Settlement Date: | May 9, 2024 |

| J.  Summary of Buyer's Transaction | | K.  Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due From Buyer:** | | **400. Gross Amount Due To Seller:** | |
| 101. Contract Sales Price | 375,000.00 | 401. Contract Sales Price | 375,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to Buyer (line 1400) | 991.47 | 403. | |
| **Adjustments for Items Paid by Seller in Advance:** | | **Adjustments for Items Paid by Seller in Advance:** | |
| 106. City / Town Taxes | | 406. City / Town Taxes | |
| 107. County / Parish Taxes | | 407. County / Parish Taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. Quarterly HOA May 9, 2024 thru Jun 30, 2024 | 139.03 | 409. Quarterly HOA May 9, 2024 thru Jun 30, 2024 | 139.03 |
| **120. Gross Amount Due from Buyer:** | **376,130.50** | **420. Gross Amount Due to Seller:** | **375,139.03** |
| **200. Amounts Paid by or in Behalf of Buyer:** | | **500. Reductions in Amount Due to Seller:** | |
| 201. Deposit / Earnest Money | 100,000.00 | 501. Excess Deposit (see instructions) | |
| 202. Principal Amount of New Loan | | 502. Settlement Charges to Seller (Line 1400) | 27,631.69 |
| 203. Existing Loan(s) | | 503. Existing Loan(s) | |
| 204. | | 504. Payoff of First Mortgage to Fay Servicing LLC | 260,755.65 |
| 205. | | 505. Payoff of Second Mortgage | |
| 206. | | 506. Purchase Money Mortgage | |
| **Adjustments for Items Unpaid by Seller:** | | **Adjustments for Items Unpaid by Seller:** | |
| 210. City / Town Taxes | | 510. City / Town Taxes | |
| 211. County / Parish Taxes Jan 1, 2024 thru May 8, 2024 | 3,227.62 | 511. County / Parish Taxes Jan 1, 2024 thru May 8, 2024 | 3,227.62 |
| 212. Assessments | | 512. Assessments | |
| **220. Total Paid by / for Buyer:** | **103,227.62** | **520. Total Reductions in Amount Due Seller:** | **291,614.96** |
| **300. Cash at Settlement from / to Buyer:** | | **600. Cash at Settlement to / from Seller:** | |
| 301. Gross Amount due from Buyer (line 120) | 376,130.50 | 601. Gross Amount due to Seller (line 420) | 375,139.03 |
| 302. Less Amount Paid by/for Buyer (line 220) | 103,227.62 | 602. Less Reductions Amount due Seller (line 520) | 291,614.96 |
| **303. Cash From Buyer:** | **$272,902.88** | **603. Cash To Seller:** | **$83,524.07** |

Settlement Date: May 9, 2024

File Number: 04240085

| L. | Settlement Charges | Paid from Buyer's Funds at Settlement | Paid from Seller's Funds at Settlement |
|---|---|---|---|
| **700.** | **Total Sales / Broker's Commission:** Based on Price $375,000.00 @ 5.00% = $18,750.00 Division of Commission as follows | | |
| 701. | 18.750.00 to Capital Realty Investment Group | | |
| 702. | | | |
| 703. | Commission Paid at Settlement | | 18.750.00 |
| **800.** | **Items Payable in Connection with Loan:** | | |
| 801. | Loan Origination Fee | | |
| 802. | Loan Discount | | |
| 803. | Appraisal Fee | | |
| 804. | Credit Report | | |
| 805. | Lender's Inspection Fee | | |
| 806. | Mortgage Insurance Application Fee | | |
| 807. | Assumption Fee | | |
| **900.** | **Items Required by Lender to be Paid in Advance:** | | |
| 901. | Daily interest charge | | |
| 902. | Mortgage Insurance Premium | | |
| 903. | Hazard Insurance Premium | | |
| 904. | Flood Insurance Premium | | |
| **1000.** | **Reserves Deposited with Lender:** | | |
| 1001. | Hazard Insurance | | |
| 1002. | Mortgage Insurance | | |
| 1003. | City Property Taxes | | |
| 1004. | County Property Taxes | | |
| 1005. | Annual Assessments | | |
| **1100.** | **Title Charges:** | | |
| 1101. | Settlement or Closing Fee to Bankers Title | 200.00 | 500.00 |
| 1102. | Abstract or Title Search to Chicago Title Insurance Company | | 85.00 |
| 1103. | Title Examination | | |
| 1104. | Title Insurance Binder | | |
| 1105. | Document Preparation | | |
| 1106. | Notary Fees | | |
| 1107. | Attorney Fees (includes above item numbers: | | |
| 1108. | Title Insurance to Chicago Title Insurance Company (includes above item numbers: | | 1,950.00 |
| 1109. | Lender's Coverage          0.00 | | |
| 1110. | Owner's Coverage     375,000.00     Risk Rate Premium:     $1,950.00 | | |
| 1111. | | | |
| **1200.** | **Government Recording and Transfer Charges:** | | |
| 1201. | Recording Fees:     Deed     27.00     Mortgage     0.00     Releases     0.00 | 27.00 | |
| 1202. | City/County Tax/Stamps:     Deed     0.00     Mortgage     0.00 | | |
| 1203. | State Tax/Stamps:     Deed     2,625.00     Mortgage     0.00 | | 2,625.00 |
| 1204. | Intangible Tax to Clerk of the Circuit Court | | |
| 1205. | erecording fee to Clerk of the Circuit Court | 4.75 | 9.50 |
| 1206. | Record LLC Affidavit to Clerk of the Circuirt Court | | 10.00 |
| 1207. | Record Authorization Affidvit to Clerk of the Circuit Court | | 10.00 |
| **1300.** | **Additional Settlement Charges:** | | |
| 1301. | Survey | | |
| 1302. | Pest Inspection | | |
| 1303. | Technology and Storage Fee to Bankers Title | 21.00 | 21.00 |
| 1304. | Lien search to Elite Property Research | | 85.00 |
| 1305. | Estoppel fee to Bankers Title | | 384.00 |
| 1306. | Capital Contribution to Sereno Of Hillsborough County HOA | 300.00 | |
| 1307. | Transfer fee to Sereno of Hillsborough County HOA | 200.00 | |
| 1308. | July quarterly HOA to Sereno of Hillsborough County HOA | 238.72 | |
| 1309. | Delinquent balance to Sereno of Hillsborough County HOA | | 3,052.19 |
| 1310. | Delinquent estoppel fee to Sereno of Hillsborough County HOA | | 150.00 |
| **1400.** | **Total Settlement Charges (Enter on line 103, Section J and line 502, Section K)** | **$991.47** | **$27,631.69** |

HUD-1 May 2007
May 10, 2024 11:28 AM

Settlement Date:May 9, 2024

File Number: 04240085

A.    **U. S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
SETTLEMENT STATEMENT**

## Bankers Title

509 South Martin Luther King Jr. Ave.
Suite A
Clearwater, Florida 33756
727-442-3300  fax: 727-465-9593

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of HUD-1 Settlement Statement.

HERMAN AND SONS LLC

ARLG LLC

Buyer:

Seller:

JOEL JACOBOWITZ, Manager

Ruchama Taussig, Member

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with the instructions of the parties hereto.

Settlement Agent:

Lynn Hoffstetter

Date:   May 9, 2024

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see Title 18 U.S. Code Section 1001 and Section 1010.

HUD-1 May 2007
May 10, 2024 11:28 AM

| A. | U. S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT SETTLEMENT STATEMENT | B. | TYPE   OF   LOAN |

**A.   U. S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**
**SETTLEMENT STATEMENT**

**Bankers Title**

509 South Martin Luther King Jr. Ave.
Suite A
Clearwater, Florida 33756
727-442-3300  fax: 727-465-9593

**B.   TYPE   OF   LOAN**

1. ☐ FHA    2. ☐ FMHA    3. ☐ CONV. UNINS
4. ☐ VA     5. ☐ CONV. INS.

6 File Number
04240085

7. Loan Number

8 Mortgage Ins. Case No.

C. NOTE: *This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked (poc) were paid outside the closing. They are shown here for informational purposes and are not included in the totals.*

| | |
|---|---|
| D. Buyer: | HERMAN AND SONS LLC |
| E. Seller: | ARLG LLC |
| F. Lender: | |
| G. Property: | 16446 Little Garden Dr<br>Wimauma, Hillsborough County, Florida 33598<br>Lot 12, Block 17, DG FARMS PHASE 6A |
| H. Settlement Agent: | Bankers Title |
| Place of Settlement: | 509 South Martin Luther King Jr. Ave., Suite A, Clearwater, Florida 33756   Pinellas County |
| I. Settlement Date: | May 9, 2024 |

| J. | Summary of Buyer's Transaction | | K. | Summary of Seller's Transaction | |
|---|---|---|---|---|---|
| **100. Gross Amount Due From Buyer:** | | | **400. Gross Amount Due To Seller:** | | |
| 101. | Contract Sales Price | 375,000.00 | 401. | Contract Sales Price | 375,000.00 |
| 102. | Personal Property | | 402. | Personal Property | |
| 103. | Settlement Charges to Buyer (line 1400) | 991.47 | 403. | | |
| **Adjustments for Items Paid by Seller in Advance:** | | | **Adjustments for Items Paid by Seller in Advance:** | | |
| 106. | City / Town Taxes | | 406. | City / Town Taxes | |
| 107. | County / Parish Taxes | | 407. | County / Parish Taxes | |
| 108. | Assessments | | 408. | Assessments | |
| 109. | Quarterly HOA May 9, 2024 thru Jun 30, 2024 | 139.03 | 409. | Quarterly HOA May 9, 2024 thru Jun 30, 2024 | 139.03 |
| **120.** | **Gross Amount Due from Buyer:** | **376,130.50** | **420.** | **Gross Amount Due to Seller:** | **375,139.03** |
| **200. Amounts Paid by or in Behalf of Buyer:** | | | **500. Reductions in Amount Due to Seller:** | | |
| 201. | Deposit / Earnest Money | 100,000.00 | 501. | Excess Deposit (see instructions) | |
| 202. | Principal Amount of New Loan | | 502. | Settlement Charges to Seller (Line 1400) | 26,631.69 |
| 203. | Existing Loan(s) | | 503. | Existing Loan(s) | |
| 204. | | | 504. | Payoff of First Mortgage to Fay Servicing LLC | 260,755.65 |
| 205. | | | 505. | Payoff of Second Mortgage | |
| 206. | | | 506. | Purchase Money Mortgage | |
| **Adjustments for Items Unpaid by Seller:** | | | **Adjustments for Items Unpaid by Seller:** | | |
| 210. | City / Town Taxes | | 510. | City / Town Taxes | |
| 211. | County / Parish Taxes Jan 1, 2024 thru May 8, 2024 | 3,227.62 | 511. | County / Parish Taxes Jan 1, 2024 thru May 8, 2024 | 3,227.62 |
| 212. | Assessments | | 512. | Assessments | |
| **220.** | **Total Paid by / for Buyer:** | **103,227.62** | **520.** | **Total Reductions in Amount Due Seller:** | **290,614.96** |
| **300. Cash at Settlement from / to Buyer:** | | | **600. Cash at Settlement to / from Seller:** | | |
| 301. | Gross Amount due from Buyer (line 120) | 376,130.50 | 601. | Gross Amount due to Seller (line 420) | 375,139.03 |
| 302. | Less Amount Paid by/for Buyer (line 220) | 103,227.62 | 602. | Less Reductions Amount due Seller (line 520) | 290,614.96 |
| **303.** | **Cash From Buyer:** | **$272,902.88** | **603.** | **Cash To Seller:** | **$84,524.07** |

HUD-1 May 2007
May 8, 2024 2:46 PM

Settlement Date: May 9, 2024

| L. | Settlement Charges | Paid from Buyer's Funds at Settlement | Paid from Seller's Funds at Settlement |
|---|---|---|---|
| 700. | **Total Sales / Broker's Commission:** | | |
| | Based on Price **$375,000.00** @ **5.00%** = **$18,750.00** | | |
| | Division of Commission as follows | | |
| 701. | 18,750.00 to Capital Realty Investment Group | | |
| 702. | | | |
| 703. | Commission Paid at Settlement | | 18,750.00 |
| **800.** | **Items Payable in Connection with Loan:** | | |
| 801. | Loan Origination Fee | | |
| 802. | Loan Discount | | |
| 803. | Appraisal Fee | | |
| 804. | Credit Report | | |
| 805. | Lender's Inspection Fee | | |
| 806. | Mortgage Insurance Application Fee | | |
| 807. | Assumption Fee | | |
| **900.** | **Items Required by Lender to be Paid in Advance:** | | |
| 901. | Daily interest charge | | |
| 902. | Mortgage Insurance Premium | | |
| 903. | Hazard Insurance Premium | | |
| 904. | Flood Insurance Premium | | |
| **1000.** | **Reserves Deposited with Lender:** | | |
| 1001. | Hazard Insurance | | |
| 1002. | Mortgage Insurance | | |
| 1003. | City Property Taxes | | |
| 1004. | County Property Taxes | | |
| 1005. | Annual Assessments | | |
| **1100.** | **Title Charges:** | | |
| 1101. | Settlement or Closing Fee to Bankers Title | 200.00 | 500.00 |
| 1102. | Abstract or Title Search to Chicago Title Insurance Company | | 85.00 |
| 1103. | Title Examination | | |
| 1104. | Title Insurance Binder | | |
| 1105. | Document Preparation | | |
| 1106. | Notary Fees | | |
| 1107. | Attorney Fees (includes above item numbers: | | |
| 1108. | Title Insurance to Chicago Title Insurance Company (includes above item numbers: | | 1,950.00 |
| 1109. | Lender's Coverage  0.00 | | |
| 1110. | Owner's Coverage  375,000.00  Risk Rate Premium:  $1,950.00 | | |
| 1111. | | | |
| **1200.** | **Government Recording and Transfer Charges:** | | |
| 1201. | Recording Fees:  Deed  27.00  Mortgage  0.00  Releases  0.00 | 27.00 | |
| 1202. | City/County Tax/Stamps:  Deed  0.00  Mortgage  0.00 | | |
| 1203. | State Tax/Stamps:  Deed  2,625.00  Mortgage  0.00 | | 2,625.00 |
| 1204. | Intangible Tax to Clerk of the Circuit Court | | |
| 1205. | erecording fee to Clerk of the Circuit Court | 4.75 | 9.50 |
| 1206. | Record LLC Affidavit to Clerk of the Circuirt Court | | 10.00 |
| 1207. | Record Authorization Affidvit to Clerk of the Circuit Court | | 10.00 |
| **1300.** | **Additional Settlement Charges:** | | |
| 1301. | Survey | | |
| 1302. | Pest Inspection | | |
| 1303. | Technology and Storage Fee to Bankers Title | 21.00 | 21.00 |
| 1304. | Lien search to Elite Property Research | | 85.00 |
| 1305. | Estoppel fee to Bankers Title | | 384.00 |
| 1306. | Capital Contribution to Sereno Of Hillsborough County HOA | 300.00 | |
| 1307. | Transfer fee to Sereno of Hillsborough County HOA | 200.00 | |
| 1308. | July quarterly HOA to Sereno of Hillsborough County HOA | 238.72 | |
| 1309. | Delinquent balance to Sereno of Hillsborough County HOA | | 2,052.19 |
| 1310. | Delinquent estoppel fee to Sereno of Hillsborough County HOA | | 150.00 |
| **1400.** | **Total Settlement Charges (Enter on line 103, Section J and line 502, Section K)** | **$991.47** | **$26,631.69** |

HUD-1 May 2007
May 8, 2024 2:46 PM

**A.**      U. S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
SETTLEMENT STATEMENT

## Bankers Title

509 South Martin Luther King Jr. Ave.
Suite A
Clearwater, Florida 33756
727-442-3300  fax: 727-465-9593

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of HUD-1 Settlement Statement

HERMAN AND SONS LLC                                          ARLG LLC

Buyer:                                                       Seller:

JOEL JACOBOWITZ, Manager                                    Ruchama Taussig, Member

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with the instructions of the parties hereto.

Settlement Agent:                                           Date:  May 9, 2024

Lynn Hoffstetter

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see Title 18 U.S. Code Section 1001 and Section 1010.

HUD-1 May 2007
May 8, 2024 2:46 PM