| A. | U. S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT | B. | TYPE OF LOAN |

**U. S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**
**SETTLEMENT STATEMENT**

**Bankers Title**
509 South Martin Luther King Jr. Ave.
Suite A
Clearwater, Florida 33756
727-442-3300  fax: 727-465-9593

**B.    TYPE  OF  LOAN**

1. ☐ FHA   2. ☐ FMHA   3. ☒ CONV. UNINS.
4. ☐ VA   5. ☐ CONV. INS.

6. File Number:
03240047

7. Loan Number:

8. Mortgage Ins. Case No.

C. NOTE: *This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked (poc) were paid outside the closing. They are shown here for informational purposes and are not included in the totals.*

| | |
|---|---|
| D. Buyer: | HERMAN & SONS LLC |
| E. Seller: | 13 LITTLE GARDEN LLC, a Florida limited liability company and MALKA R. SINGER |
| F. Lender: | |
| G. Property: | 16313 Little Garden Dr<br>Wimauma, Hillsborough County, Florida 33598<br>Lot 51 Block 15 DG FARMS PAHSE 6B |
| H. Settlement Agent: | Bankers Title |
| Place of Settlement: | 509 South Martin Luther King Jr. Ave., Suite A, Clearwater, Florida 33756   Pinellas County |
| I. Settlement Date: | March 22, 2024 |

| J. | Summary of Buyer's Transaction | | K. | Summary of Seller's Transaction | |
|---|---|---|---|---|---|
| **100.** | **Gross Amount Due From Buyer:** | | **400.** | **Gross Amount Due To Seller:** | |
| 101. | Contract Sales Price | 345,000.00 | 401. | Contract Sales Price | 345,000.00 |
| 102. | Personal Property | | 402. | Personal Property | |
| 103. | Settlement Charges to Buyer (line 1400) | 2,782.97 | 403. | | |
| | **Adjustments for Items Paid by Seller in Advance:** | | | **Adjustments for Items Paid by Seller in Advance:** | |
| 106. | City / Town Taxes | | 406. | City / Town Taxes | |
| 107. | County / Parish Taxes | | 407. | County / Parish Taxes | |
| 108. | Assessments | | 408. | Assessments | |
| 109. | non advalorem assessments Mar 22, 2024 thru Dec 31, 2024 | 644.42 | 409. | non advalorem assessments Mar 22, 2024 thru Dec 31, 2024 | 644.42 |
| 110. | CDD Mar 22, 2024 thru Dec 31, 2024 | 2,137.88 | 410. | CDD Mar 22, 2024 thru Dec 31, 2024 | 2,137.88 |
| 111. | Quarterly HOA Mar 22, 2024 thru Mar 31, 2024 | 26.23 | 411. | Quarterly HOA Mar 22, 2024 thru Mar 31, 2024 | 26.23 |
| **120.** | **Gross Amount Due from Buyer:** | 350,591.50 | **420.** | **Gross Amount Due to Seller:** | 347,808.53 |
| **200.** | **Amounts Paid by or in Behalf of Buyer:** | | **500.** | **Reductions in Amount Due to Seller:** | |
| 201. | Deposit / Earnest Money | 10,000.00 | 501. | Excess Deposit (see instructions) | |
| 202. | Principal Amount of New Loan | | 502. | Settlement Charges to Seller (Line 1400) | 25,042.22 |
| 203. | Existing Loan(s) | | 503. | Existing Loan(s) | |
| 204. | | | 504. | Payoff of First Mortgage to citibank na | 252,547.53 |
| 205. | | | 505. | Payoff of Second Mortgage | |
| 206. | | | 506. | Purchase Money Mortgage | |
| 207. | | | 507. | Payoff to On Deck Capital | 45,000.00 |
| | **Adjustments for Items Unpaid by Seller:** | | | **Adjustments for Items Unpaid by Seller:** | |
| 210. | City / Town Taxes | | 510. | City / Town Taxes | |
| 211. | County / Parish Taxes Jan 1, 2024 thru Mar 21, 2024 | 1,147.93 | 511. | County / Parish Taxes Jan 1, 2024 thru Mar 21, 2024 | 1,147.93 |
| 212. | Assessments | | 512. | Assessments | |
| **220.** | **Total Paid by / for Buyer:** | 11,147.93 | **520.** | **Total Reductions in Amount Due Seller:** | 323,737.68 |
| **300.** | **Cash at Settlement from / to Buyer:** | | **600.** | **Cash at Settlement to / from Seller:** | |
| 301. | Gross Amount due from Buyer (line 120) | 350,591.50 | 601. | Gross Amount due to Seller (line 420) | 347,808.53 |
| 302. | Less Amount Paid by/for Buyer (line 220) | 11,147.93 | 602. | Less Reductions Amount due Seller (line 520) | 323,737.68 |
| **303.** | **Cash From Buyer:** | **$339,443.57** | **603.** | **Cash To Seller:** | **$24,070.85** |

HUD-1 May 2007
March 21, 2024 2:35 PM

Settlement Date:March 22, 2024

File Number: 03240047

| L.  Settlement Charges | Paid from Buyer's Funds at Settlement | Paid from Seller's Funds at Settlement |
|---|---|---|
| **700. Total Sales / Broker's Commission:** | | |
| Based on Price $345,000.00 @ 5.00% = $17,250.00 | | |
| Division of Commission as follows | | |
| 701.  17,000.00 to CAPITAL REALTY INVESTMENT GROUP | | |
| 702.  250.00 | | |
| 703.  Commission Paid at Settlement | | 17,250.00 |
| **800. Items Payable in Connection with Loan:** | | |
| 801.  Loan Origination Fee | | |
| 802.  Loan Discount | | |
| 803.  Appraisal Fee | | |
| 804.  Credit Report | | |
| 805.  Lender's Inspection Fee | | |
| 806.  Mortgage Insurance Application Fee | | |
| 807.  Assumption Fee | | |
| **900. Items Required by Lender to be Paid in Advance:** | | |
| 901.  Daily interest charge from Mar 22, 2024 | | |
| 902.  Mortgage Insurance Premium | | |
| 903.  Hazard Insurance Premium | | |
| 904.  Flood Insurance Premium | | |
| **1000. Reserves Deposited with Lender:** | | |
| 1001.  Hazard Insurance | | |
| 1002.  Mortgage Insurance | | |
| 1003.  City Property Taxes | | |
| 1004.  County Property Taxes | | |
| 1005.  Annual Assessments | | |
| **1100. Title Charges:** | | |
| 1101.  Settlement or Closing Fee to Bankers Title | 200.00 | 500.00 |
| 1102.  Abstract or Title Search to Chicago Title Insurance Company | | 85.00 |
| 1103.  Title Examination | | |
| 1104.  Title Insurance Binder | | |
| 1105.  Document Preparation | | |
| 1106.  Notary Fees | | |
| 1107.  Attorney Fees (includes above item numbers: | | |
| 1108.  Title Insurance to Chicago Title Insurance Company (includes above item numbers: | | 1,800.00 |
| 1109.  Lender's Coverage                0.00 | | |
| 1110.  Owner's Coverage        345,000.00    Risk Rate Premium:    $1,800.00 | | |
| 1111. | | |
| **1200. Government Recording and Transfer Charges:** | | |
| 1201.  Recording Fees:  Deed  18.50  Mortgage  0.00  Releases  18.50 | 18.50 | 18.50 |
| 1202.  City/County Tax/Stamps:  Deed  0.00  Mortgage  0.00 | | |
| 1203.  State Tax/Stamps:  Deed  2,415.00  Mortgage  0.00 | | 2,415.00 |
| 1204.  Intangible Tax to Clerk of the Circuit Court | | |
| 1205.  ERECORDING FEE to Clerk of the Circuit Court | 4.75 | 4.75 |
| **1300. Additional Settlement Charges:** | | |
| 1301.  Survey | | |
| 1302.  Pest Inspection | | |
| 1303.  Technology and Storage Fee to Bankers Title | 21.00 | 21.00 |
| 1304.  Lien search to Elite Property Research | | 85.00 |
| 1305.  Estoppel fee to Bankers Title | | 384.00 |
| 1306.  Tranfer fee to Breese | 200.00 | |
| 1307.  Capital contribution to Sereno of Hillsborough County HOA | 300.00 | |
| 1308.  Reimbursement of federal express charges to Bankers Title | | 35.00 |
| 1309.  April 2024 Quarterly Assocation fee to Sereno of Hollsborough County HOA | 238.72 | |
| 1310.  Delinquent HOA fees and estoppel fee to Sereno of Hillsborough County HOA | | 2,443.97 |
| 1311.  Attorney fee to Avi J. Litwin  Esq | 1,800.00 | |
| **1400. Total Settlement Charges (Enter on line 103, Section J and line 502, Section K)** | $2,782.97 | $25,042.22 |

HUD-1 May 2007
March 21, 2024 2:35 PM

Settlement Date:March 22, 2024

File Number. 03240047

A.        U. S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
                      SETTLEMENT STATEMENT

**Bankers Title**

509 South Martin Luther King Jr. Ave.
Suite A
Clearwater, Florida 33756
727-442-3300  fax: 727-465-9593

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of HUD-1 Settlement Statement.

HERMAN & SONS LLC

13 LITTLE GARDEN LLC, a Florida limited liability company

Buyer:

_____
JOEL JACOBOWITZ, Manager

Seller:

_____
MALKA R. SINGER, Manager

Seller:

_____
MALKA R. SINGER

I have reviewed the Closing Disclosure, the settlement statement, the lender's closing instructions and any and all other forms relative to the escrow funds, including any disclosure of the Florida title insurance premiums being paid, and I agree to disburse the escrow funds in accordance with the terms of this transaction and Florida law.

Settlement Agent:

Date:   March 22, 2024

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see Title 18 U.S. Code Section 1001 and Section 1010.

HUD-1 May 2007
March 21, 2024 2:35 PM

| A. | U. S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT SETTLEMENT STATEMENT | B. | TYPE OF LOAN |
|---|---|---|---|

**Bankers Title**
509 South Martin Luther King Jr. Ave.
Suite A
Clearwater, Florida 33756
727-442-3300  fax: 727-465-9593

B.  TYPE OF LOAN

1 ☐ FHA  2 ☐ FMHA  3 ☒ CONV UNINS

4 ☐ VA  5 ☐ CONV INS

6 File Number
03240047

7 Loan Number

8 Mortgage Ins Case No.

C. NOTE: *This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked (poc) were paid outside the closing. They are shown here for informational purposes and are not included in the totals.*

| D. Buyer: | HERMAN & SONS LLC |
|---|---|
| E. Seller: | 13 LITTLE GARDEN LLC, a Florida limited liability company and MALKA R. SINGER |
| F. Lender: | |
| G. Property: | 16313 Little Garden Dr<br>Wimauma, Hillsborough County, Florida 33598<br>Lot 51 Block 15 DG FARMS PAHSE 6B |
| H. Settlement Agent: | Bankers Title |
| Place of Settlement: | 509 South Martin Luther King Jr. Ave., Suite A, Clearwater, Florida 33756  Pinellas County |
| I. Settlement Date: | March 22, 2024 |

| J. Summary of Buyer's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due From Buyer:** | | **400. Gross Amount Due To Seller:** | |
| 101.  Contract Sales Price | 345,000.00 | 401.  Contract Sales Price | 345,000.00 |
| 102.  Personal Property | | 402.  Personal Property | |
| 103.  Settlement Charges to Buyer (line 1400) | 2,782.97 | 403. | |
| **Adjustments for Items Paid by Seller in Advance:** | | **Adjustments for Items Paid by Seller in Advance:** | |
| 106.  City / Town Taxes | | 406.  City / Town Taxes | |
| 107.  County / Parish Taxes | | 407.  County / Parish Taxes | |
| 108.  Assessments | | 408.  Assessments | |
| 109.  non advalorem assessments Mar 22, 2024 thru Dec 31, 2024 | 644.42 | 409.  non advalorem assessments Mar 22, 2024 thru Dec 31, 2024 | 644.42 |
| 110.  CDD Mar 22, 2024 thru Dec 31, 2024 | 2,137.88 | 410.  CDD Mar 22, 2024 thru Dec 31, 2024 | 2,137.88 |
| 111.  Quarterly HOA Mar 22, 2024 thru Mar 31, 2024 | 26.23 | 411.  Quarterly HOA Mar 22, 2024 thru Mar 31, 2024 | 26.23 |
| **120.  Gross Amount Due from Buyer:** | 350,591.50 | **420.  Gross Amount Due to Seller:** | 347,808.53 |
| **200. Amounts Paid by or in Behalf of Buyer:** | | **500. Reductions in Amount Due to Seller:** | |
| 201.  Deposit / Earnest Money | 10,000.00 | 501.  Excess Deposit (see instructions) | |
| 202.  Principal Amount of New Loan | | 502.  Settlement Charges to Seller (Line 1400) | 25,042.22 |
| 203.  Existing Loan(s) | | 503.  Existing Loan(s) | |
| 204. | | 504.  Payoff of First Mortgage to citibank na | 252,547.53 |
| 205. | | 505.  Payoff of Second Mortgage | |
| 206. | | 506.  Purchase Money Mortgage | |
| 207. | | 507.  Payoff to On Deck Capital | 45,000.00 |
| **Adjustments for Items Unpaid by Seller:** | | **Adjustments for Items Unpaid by Seller:** | |
| 210.  City / Town Taxes | | 510.  City / Town Taxes | |
| 211.  County / Parish Taxes Jan 1, 2024 thru Mar 21, 2024 | 1,147.93 | 511.  County / Parish Taxes Jan 1, 2024 thru Mar 21, 2024 | 1,147.93 |
| 212.  Assessments | | 512.  Assessments | |
| **220.  Total Paid by / for Buyer:** | 11,147.93 | **520.  Total Reductions in Amount Due Seller:** | 323,737.68 |
| **300. Cash at Settlement from / to Buyer:** | | **600. Cash at Settlement to / from Seller:** | |
| 301.  Gross Amount due from Buyer (line 120) | 350,591.50 | 601.  Gross Amount due to Seller (line 420) | 347,808.53 |
| 302.  Less Amount Paid by/for Buyer (line 220) | 11,147.93 | 602.  Less Reductions Amount due Seller (line 520) | 323,737.68 |
| **303.  Cash From Buyer:** | $339,443.57 | **603.  Cash To Seller:** | $24,070.85 |

HUD-1 May 2007
March 21, 2024 11:40 AM

File Number: 03240047

Settlement Date: March 22, 2024

| L. Settlement Charges | Paid from Buyer's Funds at Settlement | Paid from Seller's Funds at Settlement |
|---|---|---|
| **700. Total Sales / Broker's Commission:** Based on Price $345,000.00 @ 5.00% = $17,250.00 Division of Commission as follows | | |
| 701.   17,000.00 to CAPITAL REALTY INVESTMENT GROUP | | |
| 702.   250.00 | | 17,250.00 |
| 703.   Commission Paid at Settlement | | |
| **800. Items Payable in Connection with Loan:** | | |
| 801.   Loan Origination Fee | | |
| 802.   Loan Discount | | |
| 803.   Appraisal Fee | | |
| 804.   Credit Report | | |
| 805.   Lender's Inspection Fee | | |
| 806.   Mortgage Insurance Application Fee | | |
| 807.   Assumption Fee | | |
| **900. Items Required by Lender to be Paid in Advance:** | | |
| 901.   Daily interest charge from Mar 22, 2024 | | |
| 902.   Mortgage Insurance Premium | | |
| 903.   Hazard Insurance Premium | | |
| 904.   Flood Insurance Premium | | |
| **1000. Reserves Deposited with Lender:** | | |
| 1001.   Hazard Insurance | | |
| 1002.   Mortgage Insurance | | |
| 1003.   City Property Taxes | | |
| 1004.   County Property Taxes | | |
| 1005.   Annual Assessments | | |
| **1100. Title Charges:** | 200.00 | 500.00 |
| 1101.   Settlement or Closing Fee to Bankers Title | | 85.00 |
| 1102.   Abstract or Title Search to Chicago Title Insurance Company | | |
| 1103.   Title Examination | | |
| 1104.   Title Insurance Binder | | |
| 1105.   Document Preparation | | |
| 1106.   Notary Fees | | |
| 1107.   Attorney Fees (includes above item numbers: | | |
| 1108.   Title Insurance to Chicago Title Insurance Company (includes above item numbers: | | 1,800.00 |
| 1109.   Lender's Coverage                    0.00 | | |
| 1110.   Owner's Coverage        345,000.00    Risk Rate Premium:    $1,800.00 | | |
| 1111. | | |
| **1200. Government Recording and Transfer Charges:** | | |
| 1201.   Recording Fees:    Deed    18.50    Mortgage    0.00    Releases    18.50 | 18.50 | 18.50 |
| 1202.   City/County Tax/Stamps:    Deed    0.00    Mortgage    0.00 | | |
| 1203.   State Tax/Stamps:    Deed    2,415.00    Mortgage    0.00 | | 2,415.00 |
| 1204.   Intangible Tax to Clerk of the Circuit Court | | |
| 1205.   ERECORDING FEE to Clerk of the Circuit Court | 4.75 | 4.75 |
| **1300. Additional Settlement Charges:** | | |
| 1301.   Survey | | |
| 1302.   Pest Inspection | | |
| 1303.   Technology and Storage Fee to Bankers Title | 21.00 | 21.00 |
| 1304.   Lien search to Elite Property Research | | 85.00 |
| 1305.   Estoppel fee to Bankers Title | | 384.00 |
| 1306.   Tranfer fee to Breese | 200.00 | |
| 1307.   Capital contribution to Sereno of Hillsborough County HOA | 300.00 | |
| 1308.   Reimbursement of federal express charges to Bankers Title | | 35.00 |
| 1309.   April 2024 Quarterly Assocation fee to Sereno of Hollsborough County HOA | 238.72 | |
| 1310.   Delinquent HOA fees and estoppel fee to Sereno of Hillsborough County HOA | | 2,443.97 |
| 1311.   Attorney fee to Avi J. Litwin Esq | 1,800.00 | . |
| **1400. Total Settlement Charges (Enter on line 103, Section J and line 502, Section K)** | $2,782.97 | $25,042.22 |

HUD-1 May 2007
March 21, 2024 11:40 AM

File Number: 03240047

Settlement Date:March 22, 2024

A.       U. S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
                        SETTLEMENT STATEMENT

## Bankers Title

509 South Martin Luther King Jr. Ave.
Suite A
Clearwater, Florida 33756
727-442-3300  fax: 727-465-9593

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of HUD-1 Settlement Statement.

HERMAN & SONS LLC

13 LITTLE GARDEN LLC, a Florida limited liability company

Buyer:

JOEL JACOBOWITZ, Manager

Seller:

MALKA R. SINGER, Manager

Seller:

MALKA R. SINGER

I have reviewed the Closing Disclosure, the settlement statement, the lender's closing instructions and any and all other forms relative to the escrow funds, including any disclosure of the Florida title insurance premiums being paid, and I agree to disburse the escrow funds in accordance with the terms of this transaction and Florida law.

Settlement Agent:

Date:    March 22, 2024

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see Title 18 U.S. Code Section 1001 and Section 1010.

HUD-1 May 2007
March 21, 2024 11:40 AM