Instrument #: 2024128313, Pg 1 of 2, 3/26/2024 12:34:05 PM DOC TAX PD(F.S. 201.02) $2415.00, INT. TAX PD (F.S. 199) $0.00, DOC TAX PD(F.S. 201.08) $0.00, Deputy Clerk: USERVICE Cindy Stuart, Clerk of the Circuit Court Hillsborough County

Prepared by and return to:
Bankers Title
Lynn Hoffstetter
509 South Martin Luther King Jr. Ave., Suite A
Clearwater, Florida 33756
File Number: 03240047
Parcel ID Number: 078011-6970
Consideration: $345,000.00

## WARRANTY DEED

THIS INDENTURE made this _21 st_ day of March, 2024 BETWEEN 13 LITTLE GARDEN LLC, a Florida limited liability company and MALKA R. SINGER, of the County of Hillsborough, State of Florida, Grantor, and HERMAN & SONS LLC, a New York Limited Liability Company, Grantee, whose address is: _Post Office Box 331. Monroe. NY 10949_

WITNESSETH, That said Grantor, for and in consideration of the sum of Ten and No/100 Dollars and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in Hillsborough County, Florida, to wit:

Lot 51, Block 15, DG Farms, Phase 6B, according to the map or plat thereof, as recorded in Plat Book 137, Page(s) 266 through 271, inclusive, of the Public Records of Hillsborough County, Florida.
THIS IS NOT THE HOMESTEAD PROPERTY OF MALKA R. SINGER. SHE RESIDES AT THE ADDRESS BELOW HER SIGNATURE.
SUBJECT TO taxes for the year 2024 and subsequent years.
SUBJECT TO easements, restrictions and reservations of record.
And the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever.

IN WITNESS WHEREOF, Grantor has hereunto set Grantors hand and seal the day and year first above written.

Signed, sealed & delivered
in the presence of:

_____
Signature                                    Witness

Aaron Taussig
Print name
533 Woodbine Lane
Address Line 1
Lakewood, NJ, 08701
Address Line 2

13 LITTLE GARDEN, LLC

_____
MALKA R. SINGER, Manager              Seller
Address: _98 Audubon Avenue_
_Lakewood, New Jersey 08701_

_Upni Taussig_
Signature                                    Witness

_Herman Taussig_
Print Name

_175 Rox Court_
Address Line 1

_Lakewood, NJ 08701_
Address Line 2

_Malka K. Singer_
MALKA R. SINGER

Address: _98 Audubon Avenue_
_Lakewood, New Jersey_
_08701_

STATE OF _New Jersey_ / COUNTY OF _Ocean_

The foregoing instrument was acknowledged before me by means of [ ] physical presence or [ ] online notarization, this _21st_ day of March, 2024 before me, an officer duly qualified to take acknowledgements, appeared Malka R. Singer, Manager of 13 LITTLE GARDEN LLC, a Florida limited liability company and MALKA R. SINGER, who/are personally known by me; or who have produced identification attesting to His/Her/Their identity: _Drivers License_ ; who executed the foregoing instrument and acknowledged before me the execution of the same.

WITNESS my hand and official seal in the County and State last aforesaid this _21st_ Day of March, 2024.

Notary Public - Signature
Name: _Ruchama Taussig_

My commission expires:

_7-15-2027_