**A.**    **U. S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**
**SETTLEMENT STATEMENT**

### Bankers Title

509 South Martin Luther King Jr. Ave.
Suite A
Clearwater, Florida 33756
727-442-3300  fax: 727-465-9593

**B.**    **TYPE OF LOAN**

1. ☐ FHA   2 ☐ FMHA   3 ☐ CONV UNINS
4. ☐ VA   5 ☐ CONV INS

6. File Number
02240025

7 Loan Number

8 Mortgage Ins. Case No

C. NOTE:  *This form is furnished to give you a statement of actual settlement costs  Amounts paid to and by the settlement agent are shown  Items marked (poc) were paid outside the closing. They are shown here for informational purposes and are not included in the totals.*

| | |
|---|---|
| D. Buyer: | FRIDY WEINSTOCK |
| E. Seller: | 77 LITTLE GARDEN LLC a Florida Dissolved  Limited Liability Company |
| F. Lender: | |
| G. Property: | 16477 LITTLE GARDEN DR <br> Wimauma, Hillsborough County, Florida 33598 <br> LOT 37 BLOCK 15 DG FARMS PHASE 6b |
| H. Settlement Agent: | Bankers Title |
| Place of Settlement: | 509 South Martin Luther King Jr. Ave., Suite A, Clearwater, Florida 33756   Pinellas County |
| I. Settlement Date: | March 15, 2024 |

| J. | Summary of Buyer's Transaction | | K. | Summary of Seller's Transaction | |
|---|---|---|---|---|---|
| **100.** | **Gross Amount Due From Buyer:** | | **400.** | **Gross Amount Due To Seller:** | |
| 101. | Contract Sales Price | 345,000.00 | 401. | Contract Sales Price | 345,000.00 |
| 102. | Personal Property | | 402. | Personal Property | |
| 103. | Settlement Charges to Buyer (line 1400) | 991.47 | 403. | | |
| | **Adjustments for Items Paid by Seller in Advance:** | | | **Adjustments for Items Paid by Seller in Advance:** | |
| 106. | City / Town Taxes | | 406. | City / Town Taxes | |
| 107. | County / Parish Taxes | | 407. | County / Parish Taxes | |
| 108. | Assessments | | 408. | Assessments | |
| 109. | HOA Mar 15, 2024 thru Mar 31, 2024 | 44.60 | 409. | HOA Mar 15, 2024 thru Mar 31, 2024 | 44.60 |
| 110. | Non Advalorem Assessments Mar 15, 2024 thru Sep 30, 2024 | 439.95 | 410. | Non Advalorem Assessments Mar 15, 2024 thru Sep 30, 2024 | 439.95 |
| 111. | CDD Mar 15, 2024 thru Dec 31, 2024 | 2,190.39 | 411. | CDD Mar 15, 2024 thru Dec 31, 2024 | 2,190.39 |
| **120.** | **Gross Amount Due from Buyer:** | **348,666.41** | **420.** | **Gross Amount Due to Seller:** | **347,674.94** |
| | | | | | |
| **200.** | **Amounts Paid by or in Behalf of Buyer:** | | **500.** | **Reductions in Amount Due to Seller:** | |
| 201. | Deposit / Earnest Money | 10,000.00 | 501. | Excess Deposit (see instructions) | |
| 202. | Principal Amount of New Loan | | 502. | Settlement Charges to Seller (Line 1400) | 22,945.30 |
| 203. | Existing Loan(s) | | 503. | Existing Loan(s) | |
| 204. | | | 504. | Payoff of First Mortgage to Roundpoint Mortgage | 257,794.38 |
| 205. | | | 505. | Payoff of Second Mortgage | |
| 206. | | | 506. | Purchase Money Mortgage | |
| 207. | | | 507. | Partial Release of Judgment to On Deck Capital | 50,000.00 |
| | **Adjustments for Items Unpaid by Seller:** | | | **Adjustments for Items Unpaid by Seller:** | |
| 210. | City / Town Taxes | | 510. | City / Town Taxes | |
| 211. | County / Parish Taxes Jan 1, 2024 thru Mar 14, 2024 | 1,721.36 | 511. | County / Parish Taxes Jan 1, 2024 thru Mar 14, 2024 | 1,721.36 |
| 212. | Assessments | | 512. | Assessments | |
| **220.** | **Total Paid by / for Buyer:** | **11,721.36** | **520.** | **Total Reductions in Amount Due Seller:** | **332,461.04** |
| | | | | | |
| **300.** | **Cash at Settlement from / to Buyer:** | | **600.** | **Cash at Settlement to / from Seller:** | |
| 301. | Gross Amount due from Buyer (line 120) | 348,666.41 | 601. | Gross Amount due to Seller (line 420) | 347,674.94 |
| 302. | Less Amount Paid by/for Buyer (line 220) | 11,721.36 | 602. | Less Reductions Amount due Seller (line 520) | 332,461.04 |
| **303.** | **Cash From Buyer:** | **$336,945.05** | **603.** | **Cash To Seller:** | **$15,213.90** |

HUD-1 May 2007
March 11, 2024 4:39 PM

Settlement Date:March 15, 2024                                                                                   File Number: 02240025

| L.   Settlement Charges | Paid from Buyer's Funds at Settlement | Paid from Seller's Funds at Settlement |
|---|---|---|
| **700. Total Sales / Broker's Commission:** | | |
| Based on Price $345,000.00 @ 5.00% = $17,250.00 | | |
| Division of Commission as follows | | |
| 701.  17,000.00 to CAPITAL REALTY INVESTMENT GROUP | | |
| 702.  250.00 | | |
| 703.  Commission Paid at Settlement | | 17,250.00 |
| **800. Items Payable in Connection with Loan:** | | |
| 801.  Loan Origination Fee | | |
| 802.  Loan Discount | | |
| 803.  Appraisal Fee | | |
| 804.  Credit Report | | |
| 805.  Lender's Inspection Fee | | |
| 806.  Mortgage Insurance Application Fee | | |
| 807.  Assumption Fee | | |
| **900. Items Required by Lender to be Paid in Advance:** | | |
| 901.  Daily interest charge from Mar 15, 2024 | | |
| 902.  Mortgage Insurance Premium | | |
| 903.  Hazard Insurance Premium | | |
| 904.  Flood Insurance Premium | | |
| **1000. Reserves Deposited with Lender:** | | |
| 1001.  Hazard Insurance | | |
| 1002.  Mortgage Insurance | | |
| 1003.  City Property Taxes | | |
| 1004.  County Property Taxes | | |
| 1005.  Annual Assessments | | |
| **1100. Title Charges:** | | |
| 1101.  Settlement or Closing Fee to Bankers Title | 200.00 | 500.00 |
| 1102.  Abstract or Title Search to Chicago Title Insurance Company | | 85.00 |
| 1103.  Title Examination | | |
| 1104.  Title Insurance Binder | | |
| 1105.  Document Preparation | | |
| 1106.  Notary Fees | | |
| 1107.  Attorney Fees (includes above item numbers: | | |
| 1108.  Title Insurance to Chicago Title Insurance Company (includes above item numbers: | | 1,800.00 |
| 1109.  Lender's Coverage          0.00 | | |
| 1110.  Owner's Coverage    345,000.00    Risk Rate Premium:    $1,800.00 | | |
| 1111. | | |
| **1200. Government Recording and Transfer Charges:** | | |
| 1201.  Recording Fees:    Deed    27.00    Mortgage    0.00    Releases    18.50 | 27.00 | 18.50 |
| 1202.  City/County Tax/Stamps:    Deed    0.00    Mortgage    0.00 | | |
| 1203.  State Tax/Stamps:    Deed    2,415.00    Mortgage    0.00 | | 2,415.00 |
| 1204.  Intangible Tax to Clerk of the Circuit Court | | |
| 1205.  E Recording fee to Clerk of the Circuit Court | 4.75 | |
| **1300. Additional Settlement Charges:** | | |
| 1301.  Survey | | |
| 1302.  Pest Inspection | | |
| 1303.  Technology and Storage Fee to Bankers Title | 21.00 | 21.00 |
| 1304.  Lien search to Elite Property Research | | 85.00 |
| 1305.  Estoppel fee to Bankers Title | | 384.00 |
| 1306.  Late HOA payments Sept 30 2023-March 31, 2024 to Sereno of Hillsborough County HOA | | 351.80 |
| 1307.  Transfer fee to Breese | 200.00 | |
| 1308.  Capital Contribution to Sereno of Hillsborough County HOA | 300.00 | |
| 1309.  April 2024 Quarterly  HOA fee to Sereno of Hillsborough County HOA | 238.72 | |
| 1310.  Reimbursement of Federal Express charges to Bankers Title | | 35.00 |
| **1400. Total Settlement Charges (Enter on line 103, Section J and line 502, Section K)** | **$991.47** | **$22,945.30** |

HUD-1 May 2007
March 11, 2024 4:39 PM

Settlement Date: March 15, 2024                                              File Number: 02240025

A.        U. S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
                         SETTLEMENT STATEMENT
                              **Bankers Title**
                   509 South Martin Luther King Jr. Ave.
                              Suite A
                        Clearwater, Florida 33756
                      727-442-3300  fax: 727-465-9593

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of HUD-1 Settlement Statement

                                                                    77 LITTLE GARDEN LLC a Florida Dissolved Limited
                                                                    Liability Company

Buyer:                                                    Seller:
          FRIDY WEINSTOCK                                          Malka R Singer, Manager

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with the instructions of the parties hereto.

                                                                    Date:    March 15, 2024
Settlement Agent:
          Lynn Hoffstetter

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see Title 18 U.S. Code Section 1001 and Section 1010.

HUD-1 May 2007
March 11, 2024 4:39 PM

| A. | U. S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT SETTLEMENT STATEMENT | B. | TYPE OF LOAN |

**A.** U. S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
SETTLEMENT STATEMENT

**Bankers Title**
509 South Martin Luther King Jr. Ave.
Suite A
Clearwater, Florida 33756
727-442-3300 fax: 727-465-9593

**B.    TYPE OF LOAN**

1. ☐ FHA    2. ☐ FMHA    3. ☐ CONV UNINS
4. ☐ VA    5. ☐ CONV INS

6 File Number
02240025

7 Loan Number

8 Mortgage Ins Case No

C. NOTE: *This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked (poc) were paid outside the closing. They are shown here for informational purposes and are not included in the totals.*

| | |
|---|---|
| D. Buyer: | THE B WEINSTOCK 2019 TRUST |
| E. Seller: | 77 LITTLE GARDEN LLC a Florida Dissolved  Limited Liability Company |
| F. Lender: | |
| G. Property: | 16477 LITTLE GARDEN DR<br>Wimauma, Hillsborough County, Florida 33598<br>LOT 37 BLOCK 15 DG FARMS PHASE 6b |
| H. Settlement Agent: | Bankers Title |
| Place of Settlement: | 509 South Martin Luther King Jr. Ave., Suite A, Clearwater, Florida 33756   Pinellas County |
| I. Settlement Date: | March 15, 2024 |

| J. | Summary of Buyer's Transaction | | K. | Summary of Seller's Transaction | |
|---|---|---|---|---|---|
| **100.** | **Gross Amount Due From Buyer:** | | **400.** | **Gross Amount Due To Seller:** | |
| 101. | Contract Sales Price | 345,000.00 | 401. | Contract Sales Price | 345,000.00 |
| 102. | Personal Property | | 402. | Personal Property | |
| 103. | Settlement Charges to Buyer (line 1400) | 1,048.22 | 403. | | |
| | Adjustments for Items Paid by Seller in Advance: | | | Adjustments for Items Paid by Seller in Advance: | |
| 106. | City / Town Taxes | | 406. | City / Town Taxes | |
| 107. | County / Parish Taxes | | 407. | County / Parish Taxes | |
| 108. | Assessments | | 408. | Assessments | |
| 109. | HOA Mar 15, 2024 thru Mar 31, 2024 | 44.60 | 409. | HOA Mar 15, 2024 thru Mar 31, 2024 | 44.60 |
| 110. | Non Advalorem Assessments Mar 15, 2024 thru Sep 30, 2024 | 439.95 | 410. | Non Advalorem Assessments Mar 15, 2024 thru Sep 30, 2024 | 439.95 |
| 111. | CDD Mar 15, 2024 thru Dec 31, 2024 | 2,190.39 | 411. | CDD Mar 15, 2024 thru Dec 31, 2024 | 2,190.39 |
| **120.** | **Gross Amount Due from Buyer:** | **348,723.16** | **420.** | **Gross Amount Due to Seller:** | **347,674.94** |
| | | | | | |
| **200.** | **Amounts Paid by or in Behalf of Buyer:** | | **500.** | **Reductions in Amount Due to Seller:** | |
| 201. | Deposit / Earnest Money | 10,000.00 | 501. | Excess Deposit (see instructions) | |
| 202. | Principal Amount of New Loan | | 502. | Settlement Charges to Seller (Line 1400) | 22,954.30 |
| 203. | Existing Loan(s) | | 503. | Existing Loan(s) | |
| 204. | | | 504. | Payoff of First Mortgage to Roundpoint Mortgage | 257,794.38 |
| 205. | | | 505. | Payoff of Second Mortgage | |
| 206. | | | 506. | Purchase Money Mortgage | |
| 207. | | | 507. | Partial Release of Judgment to On Deck Capital | 50,000.00 |
| | Adjustments for Items Unpaid by Seller: | | | Adjustments for Items Unpaid by Seller: | |
| 210. | City / Town Taxes | | 510. | City / Town Taxes | |
| 211. | County / Parish Taxes Jan 1, 2024 thru Mar 14, 2024 | 1,721.36 | 511. | County / Parish Taxes Jan 1, 2024 thru Mar 14, 2024 | 1,721.36 |
| 212. | Assessments | | 512. | Assessments | |
| **220.** | **Total Paid by / for Buyer:** | **11,721.36** | **520.** | **Total Reductions in Amount Due Seller:** | **332,470.04** |
| | | | | | |
| **300.** | **Cash at Settlement from / to Buyer:** | | **600.** | **Cash at Settlement to / from Seller:** | |
| 301. | Gross Amount due from Buyer (line 120) | 348,723.16 | 601. | Gross Amount due to Seller (line 420) | 347,674.94 |
| 302. | Less Amount Paid by/for Buyer (line 220) | 11,721.36 | 602. | Less Reductions Amount due Seller (line 520) | 332,470.04 |
| **303.** | **Cash From Buyer:** | **$337,001.80** | **603.** | **Cash To Seller:** | **$15,204.90** |

HUD-1 May 2007
March 13, 2024 2:00 PM

Settlement Date: March 15, 2024                                                                 File Number. 02240025

| L. | Settlement Charges | Paid from Buyer's Funds at Settlement | Paid from Seller's Funds at Settlement |
|---|---|---|---|
| **700.** | **Total Sales / Broker's Commission:** | | |
| | Based on Price $345,000.00 @ 5.00% = $17,250.00 | | |
| | Division of Commission as follows | | |
| 701. | 17,000.00 to CAPITAL REALTY INVESTMENT GROUP | | |
| 702. | 250.00 | | |
| 703. | Commission Paid at Settlement | | 17,250.00 |
| **800.** | **Items Payable in Connection with Loan:** | | |
| 801. | Loan Origination Fee | | |
| 802. | Loan Discount | | |
| 803. | Appraisal Fee | | |
| 804. | Credit Report | | |
| 805. | Lender's Inspection Fee | | |
| 806. | Mortgage Insurance Application Fee | | |
| 807. | Assumption Fee | | |
| **900.** | **Items Required by Lender to be Paid in Advance:** | | |
| 901. | Daily interest charge from Mar 15, 2024 | | |
| 902. | Mortgage Insurance Premium | | |
| 903. | Hazard Insurance Premium | | |
| 904. | Flood Insurance Premium | | |
| **1000.** | **Reserves Deposited with Lender:** | | |
| 1001. | Hazard Insurance | | |
| 1002. | Mortgage Insurance | | |
| 1003. | City Property Taxes | | |
| 1004. | County Property Taxes | | |
| 1005. | Annual Assessments | | |
| **1100.** | **Title Charges:** | | |
| 1101. | Settlement or Closing Fee to Bankers Title | 200.00 | 500.00 |
| 1102. | Abstract or Title Search to Chicago Title Insurance Company | | 85.00 |
| 1103. | Title Examination | | |
| 1104. | Title Insurance Binder | | |
| 1105. | Document Preparation | | |
| 1106. | Notary Fees | | |
| 1107. | Attorney Fees (includes above item numbers: | | |
| 1108. | Title Insurance to Chicago Title Insurance Company (includes above item numbers: | | 1.800.00 |
| 1109. | Lender's Coverage          0.00 | | |
| 1110. | Owner's Coverage     345,000.00     Risk Rate Premium:     $1,800.00 | | |
| 1111. | | | |
| **1200.** | **Government Recording and Transfer Charges:** | | |
| 1201. | Recording Fees:     Deed     27.00     Mortgage     0.00     Releases     18.50 | 27.00 | 18.50 |
| 1202. | City/County Tax/Stamps:     Deed     0.00     Mortgage     0.00 | | |
| 1203. | State Tax/Stamps:     Deed     2,415.00     Mortgage     0.00 | | 2,415.00 |
| 1204. | Intangible Tax to Clerk of the Circuit Court | | |
| 1205. | E Recording fee to Clerk of the Circuit Court | 0.50 | 9.00 |
| 1206. | Record Trust certification to Clerk of the Circuit Court | 61.00 | |
| **1300.** | **Additional Settlement Charges:** | | |
| 1301. | Survey | | |
| 1302. | Pest Inspection | | |
| 1303. | Technology and Storage Fee to Bankers Title | 21.00 | 21.00 |
| 1304. | Lien search to Elite Property Research | | 85.00 |
| 1305. | Estoppel fee to Bankers Title | | 384.00 |
| 1306. | Late HOA payments Sept 30 2023-March 31, 2024 to Sereno of Hillsborough County HOA | | 351.80 |
| 1307. | Transfer fee to Breese | 200.00 | |
| 1308. | Capital Contribution to Sereno of Hillsborough County HOA | 300.00 | |
| 1309. | April 2024 Quarterly HOA fee to Sereno of Hillsborough County HOA | 238.72 | |
| 1310. | Reimbursement of Federal Express charges to Bankers Title | | 35.00 |
| **1400.** | **Total Settlement Charges (Enter on line 103, Section J and line 502, Section K)** | **$1,048.22** | **$22,954.30** |

HUD-1 May 2007
March 13, 2024 2:00 PM

Settlement Date:March 15, 2024

File Number. 02240025

A.      U. S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
SETTLEMENT STATEMENT

**Bankers Title**

509 South Martin Luther King Jr. Ave.
Suite A
Clearwater, Florida 33756
727-442-3300  fax: 727-465-9593

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of HUD-1 Settlement Statement.

THE B WEINSTOCK 2019 TRUST

Buyer

SIMON WEINSTOCK, Trustee    Seller:

77 LITTLE GARDEN LLC a Florida Dissolved  Limited Liability Company

Malka R. Singer, Manager

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with the instructions of the parties hereto.

Settlement Agent:
Lynn Hoffstetter

Date    March 15, 2024

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see Title 18 U.S. Code Section 1001 and Section 1010.

HUD-1 May 2007
March 13, 2024 2:00 PM