DIVISION OF CORPORATIONS



Department of State  /  Division of Corporations  /  Search Records  /  Search by Entity Name  /

# Detail by Entity Name

Florida Limited Liability Company
77 LITTLE GARDEN LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L22000192127 |
| **FEI/EIN Number** | NONE |
| **Date Filed** | 04/21/2022 |
| **State** | FL |
| **Status** | INACTIVE |
| **Last Event** | ADMIN DISSOLUTION FOR ANNUAL REPORT |
| **Event Date Filed** | 09/22/2023 |
| **Event Effective Date** | NONE |

**Principal Address**

1501 LA JOLLA AVENUE
SUN CITY CENTER, FL 33573

**Mailing Address**

1501 LA JOLLA AVENUE
SUN CITY CENTER, FL 33573

**Registered Agent Name & Address**

THE LAW OFFICE OF LEIGHTON J. HYDE, P.A.
11268 WINTHROP MAIN STREET
101
RIVERVIEW, FL 33578

**Authorized Person(s) Detail**

**Name & Address**

Title MGR

SINGER, MALKA R
1501 LA JOLLA AVENUE
SUN CITY CENTER, FL 33573

**Annual Reports**

**No Annual Reports Filed**

**Document Images**

04/21/2022 -- Florida Limited Liability      View image in PDF format

Florida Department of State, Division of Corporations