Case 8:25-cv-01118-KKM-AAS Document 1-14 Filed 05/01/25 Page 1 of 2 PageID 77

Prepared by and return to:
Bankers Title/Lynn Hoffstetter
509 South Martin Luther King Jr. Ave., Suite A
Clearwater, Florida 33756
Parcel ID Number: 078011-6942
Consideration: $345,000.00

## WARRANTY DEED

THIS INDENTURE made this _14th_ day of March, 2024 BETWEEN 77 LITTLE GARDEN LLC a Florida Dissolved Limited Liability Company and MALKA R. SINGER, of the County of Hillsborough, State of Florida, Grantor, and SIMON WEINSTOCK, Trustee of THE B WEINSTOCK 2019 TRUST, of the County of Hillsborough, State of Florida, Grantee, whose address is: C/O Joel Weinstock, 16 Bartlett Street Unit 1B, Brooklyn, NY 11206.

WITNESSETH, That said Grantor, for and in consideration of the sum of Ten and No/100 Dollars and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in Hillsborough County, Florida, to wit:

Lot 37, Block 15, DG Farms Phase 6B, according to the map or plat thereof, as recorded in Plat Book 137, Page(s) 266, of the Public Records of Hillsborough County, Florida.
THE PURPOSE OF THIE WARRANTY DEED IS TO LIQUIDATE AND WIND DOWN THE AFFAIRS OF THE LLC.
THIS IS NOT THE HOMESTEAD OF THE GRANTOR MALKA R. SINGER, SHE RESIDES AT THE ADDRESS BELOW HER SIGNATURE.

SUBJECT TO taxes for the year 2024 and subsequent years.
SUBJECT TO easements, restrictions and reservations of record.
And the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever.

IN WITNESS WHEREOF, Grantor has hereunto set Grantors hand and seal the day and year first above written.

Signed, sealed & delivered
in the presence of:

77 LITTLE GARDEN, LLC, a Florida
Dissolved Limited Liability Company

Signature _____ Witness

Print name _Aaron Taussis_

Address Line 1 _588 Woodbine Ln_
_Lakewood NJ 08701_

Address Line 2

MALKA R. SINGER, Manager / Seller

Address: _98 Audubon Avenue_
_Lakewood NJ 08701_

_____
Signature                          Witness

Herman Taussig
Print Name

475 Rose Ct. Lakewood NJ
Address Line 1

08701
Address Line 2

_____
MALKA R. SINGER
Address: 98 Audubon Avenue
Lakewood, NJ 08701

STATE OF NEW ~~YORK~~ Jersey / COUNTY OF _____Ocean_____

The foregoing instrument was acknowledged before me by means of [ ] physical presence or [ ] online notarization, this 14th day of March, 2024 before me, an officer duly qualified to take acknowledgements, appeared  Malka R. Singer, individually and as Manager of 77 LITTLE GARDEN LLC a Florida Dissolved  Limited Liability Company, who is/are personally known by me; or who has/have produced identification attesting to His/Her/Their identity: Malka R Singer ; who executed the foregoing instrument and acknowledged before me the execution of the same.

WITNESS my hand and official seal in the County and State last aforesaid this 14th Day of March, 2024.

_____
Notary Public - Signature
Name: Ruchama Taussig

My commission expires:
7/15/27