Case 8:25-cv-01118-KKM-AAS    Document 1-15    Filed 05/01/25    Page 1 of 1 PageID 79

Prepared by:
Leighton J. Hyde, Esq.
10845 Boyette Road
Riverview, FL 33569

## *QUITCLAIM DEED*

**THIS *QUITCLAIM DEED***, made this **5th** day of **July, 2022**, between **MALKA R. SINGER, a married person,** whose address is **16406 Little Garden Drive, Wimauma, FL 33598**, Grantor, and **77 LITTLE GARDEN, LLC, a Florida limited liability company,** whose address is **1501 La Jolla Avenue, Sun City Center, FL 33573,** Grantee.

**WITNESSETH,** that the Grantor, for and in consideration of the sum of ------------TEN & NO/100 ($10.00)----------
---------DOLLARS, and other good and valuable consideration to Grantor in hand paid by Grantee, the receipt of which is hereby acknowledged, has granted, bargained and quitclaimed to the said Grantee and Grantee' heirs and assigns forever, the following described land, situate, lying and being in the County of Hillsborough, State of Florida, to-wit:

> **Lot 37, Block 15, DG FARMS, PHASE 6B, a subdivision according to the plat thereof, recorded in Plat Book 137, Page 266, of the Public Records of Hillsborough County, Florida.**
>
> **Parcel Identification Number: U-05-32-20-C14-000015-00037.0**
>
> **This property is not the homestead of the grantor.**

**TO HAVE AND TO HOLD** the same together with all and singular the appurtenances thereunto belonging or in anywise appertaining, and all the estate, right, title, interest, lien, equity and claim whatsoever of Grantor, either in law or equity, for the use, benefit and profit of the said Grantee forever.

**IN WITNESS WHEREOF,** the Grantor has hereunto set her hand and seal the day and year first above written.

Signed, sealed and delivered in our presence:

_____
Witness #1 Signature

Bella Sperber
_____
Witness #1 Printed Name

David Herzenberg
_____
Witness #2 Signature

David Herzberg
_____
Witness #2 Printed Name

_____
MALKA R. SINGER

**STATE OF** NJ
**COUNTY OF** Ocean

The foregoing instrument was acknowledged before me by means of [ ] physical presence or [ ] online notarization this 17 day of July, 2022, by **MALKA R. SINGER** who is personally known to me or who has produced Drivers License as identification.

_____
Notary Signature

Alter D. Lemmer
_____
Printed Notary Signature

My Commission expires:

Feb. 3rd, 2026

*(Notary seal: ALTER D. LEMMER, My Commission Expires February 3rd, 2026, NOTARY PUBLIC, STATE OF NEW JERSEY)*