UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALLAN JACOB and
SANDRA JACOB,

    Plaintiffs,

v.   Case No. 8:25-cv-1118-KKM-AAS

YISRAEL TAUSSIG, MALKA
SINGER TAUSSIG, et al.,

    Defendants.

## ORDER

The United States Magistrate Judge recommends granting in part and denying in part Allan Jacob and Sandra Jacob's motion for default judgment against Yisrael Taussig, Malka Singer Taussig, Ruchama Taussig, ARLG, LLC, Herman & Sons LLC (H&S), Herman Taussig, and Aaron Taussig. (Docs. 34, 39). The deadline to object to the Magistrate Judge's Report and Recommendation has passed without any party lodging an objection. Considering the record, I adopt the Report and Recommendation.

After conducting a review of the findings and recommendations, a district judge may accept, reject, or modify a magistrate judge's Report and Recommendation. 28 U.S.C. § 636(b)(1). If a party files a timely and specific objection to a finding of fact by a magistrate judge, the district court must

conduct a de novo review with respect to that factual issue. *Stokes v. Singletary*, 952 F.2d 1567, 1576 (11th Cir. 1992). The district court reviews legal conclusions de novo, even in the absence of an objection. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019).

In the absence of any objection and after reviewing the factual allegations and legal conclusions, I adopt the Magistrate Judge's Report and Recommendation.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 39) is **ADOPTED** and made a part of this Order for all purposes.

2. Plaintiffs' Motion for Default Judgment (Doc. 34) is **GRANTED in part and DENIED in part**.

3. The Clerk is directed to **ENTER JUDGMENT** as follows:

    a. In favor of Allan Jacob and Sandra Jacob and against Malka Singer Taussig on Count I of the Complaint. The transfer of property located at 16446 Little Garden Drive, Wimauma, FL 33598, from 46 Little Garden LLC to ARLG is void.

    b. In favor of Allan Jacob and Sandra Jacob and against Malka Singer Taussig on Count II of the Complaint. The transfer of

       property located at 16313 Little Garden Drive, Wimauma, FL 33598, from 13 Little Garden, LLC to H&S is void.

   c. In favor of Allan Jacob and Sandra Jacob and against ARLG on Count III of the Complaint, and against Ruchama Taussig on Count IV of the Complaint. The transfer of property located at 16446 Little Garden Drive, Wimauma, FL 33598, from ARLG to H&S is void.

   d. In favor of Allan Jacob and Sandra Jacob and against Yisrael Taussig, Malka Singer Taussig, Ruchama Taussig, ARLG, H&S, Herman Taussig, and Aaron Taussig on Count VI of the Complaint, with respect to property located at 16446 Little Garden and 16313 Little Garden, on which Allan Jacob and Sandra Jacob have the right to level execution.

4. Count V of the Complaint is **DISMISSED.**

5. The Clerk is directed to **CLOSE** this case and **TERMINATE** any pending motions or deadlines.

**ORDERED** in Tampa, Florida, on December 22, 2025.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge

3